IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA HERRERA, INDIVIDUALLY, ON BEHALF OF THE ESTATE OF MARCOS RIOS, DECEASED, AS NEXT FRIEND OF MARIA DOLORES RIOS, NON COMPOS MENTIS, WRONGFUL DEATH BENEFICIARY OF MARCOS RIOS, DECEASED, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF MARCOS RIOS, DECEASED, | § § § § § § § § § § | CIVIL ACTION NO. H-07-3014<br><br>JURY REQUESTED<br><br>*Pending Transfer to MDL-1699* |
| Plaintiff, | § § | (*In re Bextra and Celebrex Marketing, Sales Practices and Prods. Liab. Litig.*) |
| v. | § § | |
| PFIZER INC., | § § | |
| Defendant. | § | |

## DEFENDANT PFIZER INC.'S DEMAND FOR JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Removing Defendant Pfizer Inc. respectfully demands trial by jury in this cause.

Respectfully submitted,

*/s/ Kenneth J. Ferguson*_____
Kenneth J. Ferguson
Attorney-in-charge
State Bar No. 06918100
Southern District I.D. No. 12703
CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION
P.O. Box 1148
Austin, Texas  78767
(512) 472-8800
(512) 474-1129 [Fax]
E-mail: kjf@ctw.com

* signed with permission by J. Andrew Hutton

**OF COUNSEL:**
Leslie A. Benitez
State Bar No. 02134300
Southern District I.D. No. 10017
E-mail: lab@ctw.com
Kelly R. Kimbrough
State Bar No. 00794984
Southern District I.D. No. 25675
E-mail: krk@ctw.com
J. Andrew Hutton
State Bar No. 24012878
Southern District I.D. No. 26762
E-mail: ah1@ctw.com
CLARK, THOMAS & WINTERS
A PROFESSIONAL CORPORATION
P.O. Box 1148
Austin, Texas 78767
(512) 472-8800
(512) 474-1129 [Fax]

**ATTORNEYS FOR DEFENDANT**
**PFIZER INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was forwarded in the manner described below to the following interested parties on this 18th day of September, 2007.

*Via Certified Mail, Return Receipt Requested*

Charles R. Houssiere, III
Monica C. Vaughan
HOUSSIERE, DURANT & HOUSSIERE, L.L.P.
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
*Attorneys for Plaintiff*

_____/s/ J. Andrew Hutton_____