UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIA HERRERA, *et al.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-07-3014 |
| | § | |
| PFIZER, INC., | § | |
| | § | |
| *Defendant*. | § | |

### ORDER

Defendant Pfizer, Inc's unopposed motion for a stay of proceedings pending transfer (Dkt. 9) is GRANTED. It is therefore ORDERED that all proceedings and deadlines in this case are STAYED pending the transfer of this cause to the Northern District of California for consolidated and coordinated pretrial proceedings as part of *In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation*, MDL-1699.

Signed at Houston, Texas on September 21, 2007.

_____
Gray H. Miller
United States District Judge