HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Maria Herrera, Individually, on Behalf of the Estate of Marcos Rios, Deceased, as Next Friend of Maria Dolores Rios, Wrongful Death Beneficiary of Marcos Rios, Deceased, and on Behalf of All Wrongful Death Beneficiaries of Marcos Rios, Deceased

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07-CV-05544-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Maria Herrera, Individually, on Behalf of the Estate of Marcos Rios, Deceased, as Next Friend of Maria Dolores Rios, Wrongful Death Beneficiary of Marcos Rios, Deceased, and on Behalf of All Wrongful Death Beneficiaries of Marcos Rios, Deceased,<br>      Plaintiff,<br><br>   vs.<br><br>Pfizer Inc., et al.<br>      Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MARIA HERRERA, INDIVIDUALLY, ON BEHALF OF THE

ESTATE OF MARCOS RIOS, DECEASED, AS NEXT FRIEND OF MARIA DOLORES

-1-

RIOS, WRONGFUL DEATH BENEFICIARY OF MARCOS RIOS, DECEASED, AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES OF MARCOS RIOS, DECEASED, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

DATED: Sept. 14, 2009       HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
Monica C. Vaughan
Attorneys for Plaintiffs, Maria Herrera, Individually, on Behalf of the Estate of Marcos Rios, Deceased, as Next Friend of Maria Dolores Rios, Wrongful Death Beneficiary of Marcos Rios, Deceased, and on Behalf of All Wrongful Death Beneficiaries of Marcos Rios, Deceased

DATED: December 8, 2009       DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 1 2009       _____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE